IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| STEADFAST INSURANCE COMPANY a/s/o SKANSKA USA BUILDING, INC. f/k/a BEERS CONSTRUCTION, | ) ) ) ) Case No. 4:07CV00058 |
| Plaintiff, | ) **JUDGMENT ORDER** ) |
| v. | ) ) By: Jackson L. Kiser |
| BRODIE CONTRACTORS, INC., | )     Senior United States District Judge ) |
| Defendants. | ) ) |

Before me is the Defendant's Motion for Summary Judgment [29] and the Defendant's Motion to Strike Plaintiff's Expert Disclosures and to Exclude Plaintiff's Experts [41]. For the reasons in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment is **GRANTED.** In light of this order, I consider the Defendant's second motion to be moot. Judgment is entered for the Defendant and the Clerk will strike the case from the docket.

The Clerk of the Court hereby is directed to send a copy of this Order to all counsel of record.

Enter this 31st day of October, 2008.

s/Jackson L. Kiser
Senior United States District Judge